UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**SUBBAROW FABRICS, LTD.,**

                Plaintiff,

07 Civ. 2810 (RP)

*STATEMENT OF DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1*

- against -

**J.R.R. ROSENTHAL GROUP, INC., D/B/A TAILOR NEW YORK, , RICHARD ROSENTHAL, AND CHASEMAX, INC.,**

                Defendants.

------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 of the United States District Court for the Southern District of New York, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Subbarow Fabrics, a private non-governmental party, certifies that the following are all of the corporate or other parents, affiliates and/or subsidiaries of such party, the securities or other interests in which are publicly held:

    None.

Dated:   New York, New York
            April 9, 2007

                                    LAW OFFICES OF SANJAY CHAUBEY

                                    By: _____
                                        SANJAY CHAUBEY (SC-3154)
                                350 Fifth Avenue, Suite 5013
                                New York, New York 10118
                                (212) 563-3223

                                Attorneys for Plaintiff
                                Subbarow Fabrics