AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5/11/07 |
| NAME OF SERVER (PRINT) Kevin Farina | TITLE 4:07 PM |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE : Elizabeth Hoffman, Manager
SERVED @ 68 Water Street, Norwalk, CT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/17/07
          Date

Signature of Server
Kevin Farina
105 Haddad Road
Waterbury, CT 06708
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.