UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Subbarow Fabrics*
    Plaintiff(s)

-against-

*J.R.R. Rosenthal Group*
    Defendant(s)

07 CV 2810 (RPP)

SCHEDULING ORDER

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ____ Yes _____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule 26 compliance by _____.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by _____.

9. Dispositive motions by _____, Answer by _____, Reply by _____.

10. Pretrial order to be filed by _____.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for _____ at _____.

14. PLAINTIFF TO FILE MOTION FOR DEFAULT BY 6/26/07.

15. MOTION RETURNABLE (CONTROL DATE) July 10, 2007

Dated: New York, New York
6/12/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 6/13/07

SO ORDERED.

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.