LAW OFFICES OF
**SANJAY CHAUBEY**

SANJAY CHAUBEY, ESQ.⁴
SAIF M. AGHA, ESQ. ⁴ *
⁴ Admitted in New York
* Admitted in New Jersey

The Empire State Building
350 5ᵗʰ Avenue, Suite 5013
New York, NY 10118-5013
Phone: (212) 563-3223
Fax: (212) 563-4534
E-mail: chaubey@aol.com

Via Fax: 212.805.7917

August 7, 2007

Honorable Judge Robert P. Patterson, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/9/07

**MEMO ENDORSED**

**Re:  Subbarow Fabrics v. J.R.R. Rosenthal Group, Inc. et al.**
     **Docket: 07-CV-2810-RPP**

Dear Judge Patterson:

        Kindly note that although plaintiff's motion for default judgment was due by June 26, 2007, the motion was not filed because of continuing settlement talks. Please accept our humble apologies for failing to inform the court earlier. Currently, Chasemax, Inc., the third defendant in the abovementioned action, has commenced payment on a monthly schedule. Settlement talks with the other two defendants, J.R.R. Rosenthal Group and Tailor New York, are continuing.

        However, plaintiff has given these two defendants a firm date of August 10, 2007 by which to commence re-payment. Should the aforementioned defendants fail to commence repayment by that date, plaintiff shall then request leave of the honorable court to file a motion for default judgment.

        Should you have any questions or comments, please do not hesitate to contact the undersigned at your convenience.

Best Regards,

Saif M. Agha, Esq.

SMA/ab

*Application granted*

*If the motion for default judgment is not going to be made and the parties have reached a settlement, the court should be so advised by 8/17/07*

*So Ordered*

*8/7/07   Robert W Patterson USDJ*