**LAW OFFICES OF**
**SANJAY CHAUBEY**

SANJAY CHAUBEY, ESQ. *
SAIF M. AGHA, ESQ. * *
* Admitted In New York
* Admitted in New Jersey



The Empire State Building
350 5th Avenue, Suite 5013
New York, NY 10118-5013
Phone: (212) 563-3223
Fax:    (212) 563-4534
E-mail: chaubey@aol.com

Via Fax: 212.805.7917

August 29, 2007

Honorable Judge Robert P. Patterson, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007


MEMO ENDORSE

Re:   Subbarow Fabrics v. J.R.R. Rosenthal Group, Inc. et al.
      Docket: 07-CV-2810-RPP

Dear Judge Patterson:

With reference to the captioned action, please note that the Parties continue to engage in settlement negotiations. I it would be imprudent to state a definite date of settlement, as this office has previously done, because various issues require resolution. However, we remain cautiously optimistic that a final settlement is within reach.

Should you have any questions or comments, please do not hesitate to contact the undersigned at your convenience.

Best Regards,

Saif M. Agha, Esq.

SMA/ab

*Application granted. The parties are to advise the Court by September 21, 2007 if this matter has been settled. So ordered.*

Robert P. Patterson
USDJ
8/29/07

USDC SDNY
DOCUMENT
ELECTRONIC
DOC #
DATE FILED: 8/30/07