# LAW OFFICES OF
# SANJAY CHAUBEY

SANJAY CHAUBEY, ESQ.^
SAIF M. AGHA, ESQ.^*
^ Admitted in New York
* Admitted in New Jersey



SEP 24 2007

CHAMBERS OF
JUDGE ROBERT P PATTERSON

The Empire State Building
350 5th Avenue, Suite 5013
New York, NY 10118-5013
Phone: (212) 563-3223
Fax:    (212) 563-4534
E-mail: chaubey@aol.com

Via Fax: 212.805.7917

September 24, 2007

Honorable Judge Robert P. Patterson, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07
```

Re:   Subbarow Fabrics v. J.R.R. Rosenthal Group, Inc. et al.
      Docket: 07-CV-2810-RPP

**MEMO ENDORSED**

Dear Judge Patterson:

   With reference to the captioned action, please note that Plaintiff Subbarow Fabrics and Defendants J.R.R. Rosenthal Group and Tailor New York have failed to reach a suitable settlement. Despite Plaintiff's best efforts, aforementioned Defendants have repeatedly failed to show up for scheduled settlement meetings and respond to settlement offers. Therefore, Plaintiff acknowledges the futility of attempting any further settlement talks with said Defendants. Kindly accept this letter as Plaintiff's notice to file a default judgment against Defendants J.R.R. Rosenthal Group and Tailor New York.

   Should you have any questions or comments, please do not hesitate to contact the undersigned at your convenience.

Best Regards,

Saif M. Agha, Esq.

SMA/ab

*Application granted. Plaintiff may move for default judgment upon notice to Defendants. So ordered.*

*Robert P. Patterson, U.S.D.J.*
*9/24/07*