USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SUBBAROW FABRICS,

                Plaintiff,

  - against –

J.R.R. ROSENTHAL GROUP, INC., d/b/a
TAILOR NEW YORK, CHASEMAX, INC.

                Defendants.
----------------------------------------------------------X

07 Civ. 2810 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

On September 24, 2007, this Court granted leave to Plaintiff to file a motion for a default judgment upon notice to Defendants. To date, no motion has been filed. The docket sheet shows no activity since the service of the complaint in May 2007.

Accordingly, this case will be dismissed without prejudice on December 11, 2007 unless a motion for a default judgment, stipulation of settlement, or some other motion is filed before that date.

IT IS SO ORDERED.

Dated: New York, New York
        December 4, 2007

                                          Robert P. Patterson, Jr.
                                          U.S.D.J.

Copies of this Order sent to:

*Counsel for Plaintiff*

Law Offices of Sanjay Chaubey
350 Fifth Avenue, Suite 5013
New York, NY 10118
Attn: Saif M. Agha
Tel: 212-563-3223
Fax: 212-563-4534


*Defendants*

J.R.R. Rosenthal., Inc., d/b/a Tailor New York
68 Water Street
Norwalk, CT 06854

Chasemax, Inc.
22136 Westheimer Parkway, Suite 417
Houston, TX 77450