UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUBBAROW FABRICS,

             Plaintiff,

-V-

JRR ROSENTHAL GROUP INC.,

             Defendant.
------------------------ -------------------------------------X

07 CIVIL 2810 (RPP)
JUDGMENT

     WHEREAS the plaintiff having moved this Court for an entry of default against defendant Rosenthal, and the Court, on January 3, 2008, having issued its Memorandum Endorsed Order, granting plaintiff's motion for default judgment in the amount of $88,527.90 plus costs and interest, it is,

     **ORDERED, ADJUDGED and DECREED**, that pursuant to the Court's Memo Endorsed Order dated, January 3, 2008, default judgment is entered against the defendant Rosenthal, in the amount of $88,527.90 plus costs and interest.

DATED: NEW YORK, NY
          May 16, 2008

                                    J. Michael McMahon
                                    Clerk

                                    (By) Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____